UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUFFORD HAYES, Jr., | No. 2:19-cv-1279 TLN EFB P |
| Petitioner, | |
| v. | ORDER |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner is a state prisoner seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He filed a pro se petition on July 10, 2019 (ECF No. 1) and, on August 29, 2019, respondent filed an answer (ECF No. 14). On September 30, 2019, plaintiff – now represented by counsel – filed a motion to amend the petition (ECF No. 15) and a proposed substitution of attorney (ECF No. 16). The motion to amend states that respondent does not oppose the amendment. ECF No. 15 at 2.

Accordingly, it is ORDERED that:

1. Petitioner's substitution of attorney (ECF No. 16) is APPROVED;

2. Petitioner's motion to amend (ECF No. 15) is GRANTED;

3. The Clerk of Court shall docket the proposed amended petition (ECF No. 15-1) as "Amended Petition;"

/////

1

4. Respondent shall file his response to the Amended Petition within sixty days from the date of service of this order; and

5. Petitioner's reply, if any, shall be due thirty days after the response is filed.

DATED: October 2, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE