1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      BLUFFORD HAYES, Jr.,                          No.  2:19-cv-01279-TLN-EFB

12                      Petitioner,

13              v.                                    **ORDER**

14      ROBERT NEUSCHMID,

15                      Respondent.

16

17          Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 7, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  (ECF No. 46.)

23   Petitioner has filed objections to the findings and recommendations (ECF No. 47) and

24   Respondent has filed a reply (ECF No. 48).

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26   Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

27   Court finds the findings and recommendations to be supported by the record and by proper

28   analysis.

                                                   1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed February 7, 2022, are adopted in full;

2.  The Petition for Writ of Habeas Corpus is DENIED;

3.  The Clerk is directed to close the case; and

4.  The Court declines to issue a certificate of appealability.

DATED:  March 9, 2022

Troy L. Nunley
United States District Judge

2